# United States Bankruptcy Court
## Eastern District of New York

In re   **M1 Development LLC**                                      Case No.   **1-21-40977**
                                  Debtor(s)                          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **June 10, 2021**                    **/s/ Rafi Manor**
                                              **Rafi Manor**/**99% Owner**
                                              Signer/Title

Date:   **June 10, 2021**                    **/s/ Avrum J. Rosen**
                                              Signature of Attorney
                                              **Avrum J. Rosen**
                                              **Law Offices of Avrum J. Rosen, PLLC**
                                              **38 New St**
                                              **Huntington, NY 11743-3327**
                                              **631-423-8527   Fax: 631-423-4536**

```
54 Dupont Holdings LLC
C/O Mark J. Nussbaum, Esq
225 Broadway


Blank Rome LLP
Attn: Craig M. Flanders
1271 Avenue of the Americ
New York, NY 10020


Blank Rome LLP
Attn: Craig M. Flanders
1271 Avenue of the Americ
New York, NY 10020


Blank Rome LLP
Attn: Craig M. Flanders
1271 Avenue of the Americ
New York, NY 10020


Goldman Sachs Bank USA
15303 Ventura Boulevard
Suite 70
Sherman Oaks, CA 91403


Hamptons Partners LLC
60 Cutter Mill Road
Suite 505
Great Neck, NY 11021


Ontario Wealth Management
2950 Keele Street
Suite 201
Toronto, ON, M3M2H2


Ontario Wealth Management
2950 Keele Street
Suite 201
Toronto, ON, M3M2H2


R E One Stop Solution LLC
99 Washington Avenue
Suite 805-A
Albany, NY 12210
```

```
R E One Stop Solution LLC
99 WASHINGTON AVE SUITE 8
Albany, NY 12210


R E One Stop Solution LLC
99 WASHINGTON AVE SUITE 8
Albany, NY 12210


Rafi Manor
744 Lefferts
Apt 4R
Brooklyn, NY 11203


Realya Crown Heights, LLC
C/O Corporation Service
80 State Street
Albany, NY 12207


Realya Crown Heights, LLC
Mark J. Nussbaum, Esq
255 Broadway, New York
New York, NY 10007


Seyfarth Shaw LLP
Attn: Jerry A. Montag
620 Eighth Avenue
New York, NY 10018


Stormfield Capital
Funding I, LLC
200 Pequot Avenue
South Port
CT 06980


Stormfield Capital
Funding I, LLC
200 Pequot Avenue
South Port
CT 06980


Stormfield Capital
Funding I, LLC
200 Pequot Avenue
South Port
CT 06980
```

```
Stormfield Capital
Funding I, LLC
200 Pequot Avenue
South Port
CT 06980


Tamir Law Group
255 Broadway, 39th Fl.
New York, NY 10007


Tamir Law Group
255 Broadway, 39th Fl.
New York, NY 10007
```